UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

UNITED STATES OF AMERICA
upon the relation and for the use of the
TENNESSEE VALLEY AUTHORITY,
Plaintiff,

v.  No. 1:15-cv-00019-GHD-DAS

AN EASEMENT AND RIGHT-OF-WAY
OVER 3.28 ACRES OF LAND, MORE
OR LESS, IN LEE COUNTY,
MISSISSIPPI, and
FREEDOM TD PRODUCTS, INC., ET AL.,
Defendants.

## ORDER OF POSSESSION

Pursuant to 40 U.S.C. §§ 3114-3118 (2012), which authorizes the Court "to give the Government immediate possession of the [condemned] property" (*United States v. Miller*, 317 U.S. 369, 381 (1943)), it is hereby Ordered that the Tennessee Valley Authority, as agent of the United States of America, be put into immediate possession of the property described in the Declaration of Taking filed in this action to the extent necessary to permit the Tennessee Valley Authority to carry on any of its operations described in the pleadings filed herein, and that the Defendants in such action surrender possession of the said property to the Tennessee Valley Authority accordingly.

This 24th day of February, 2015.

_____
United States District Judge

Tendered by:

*s/Elizabeth A. Birdwell*
Elizabeth A. Birdwell (TN BPR 026648)
TVA GENERAL COUNSEL'S OFFICE
400 West Summit Hill Drive
Knoxville, Tennessee 37902-1401
Telephone    865.632.7346
Facsimile    865.632.2422
Email    eabirdwell@tva.gov

Attorney for Plaintiff